```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

**DANNY LEE ELMER**                                            **PLAINTIFF**

      v.           Civil No. 10-4159

**JOHNNY GODBOLT and**
**NURSE JOAN MCLEAN**                                          **DEFENDANTS**

<u>ORDER</u>

NOW on this 21st day of December 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 7), to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 7) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's **Motion to Dismiss** (Doc. 6) is hereby **granted** and this case is hereby **dismissed without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff remains liable for the filing fee.

**IT IS SO ORDERED.**

                                          <u>/s/ Jimm Larry Hendren</u>
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**